UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

Tyrone Hart,

    Plaintiff,

v.      CIVIL ACTION NO. 3:12-cv-00035-GCM

CRAssociates of Virginia, Inc.,

    Defendant.

## ORDER

UPON CONSIDERATION of Defendant's Consent Motion to Transfer Venue, it is this ____ day of _March_____, 2012 hereby ORDERED that this case is transferred to the United States District Court for the District of South Carolina, Rock Hill Division.

Hon. Graham C. Mullen
Judge, United States District Court